IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BERNARDO LEE TIGNOR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 3:09cv291-WHA |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

Upon review of the pleadings filed in this action, the court deems it appropriate to ORDER counsel for the petitioner to file, on or before July 13, 2009, a memorandum in support of the petitioner's § 2255 motion addressing the following issues:

1. Whether, in light of *Begay v. United States*, 553 U.S. ___, 128 S.Ct. 1581 (2008), decided on April 16, 2008, the petitioner's prior conviction for felony DUI in Alabama continues to be classified as a violent felony under 18 U.S.C. § 924(e)(2)(B)?

2. Whether, if the petitioner's prior felony DUI conviction is no longer classified as a violent felony under § 924(e)(2)(B), the declassification should be applied retroactively in this action under 28 U.S.C. § 2255?

3. Whether, if the declassification is applied retroactively, the

      petitioner's motion is time-barred under the provisions of 28 U.S.C. § 2255 or otherwise subject to the doctrine of procedural default?

4.     Whether the "actual innocence" doctrine applies within the context of challenging a prior conviction used to classify a defendant as an armed career criminal?

Done this 28th day of May, 2009.

                /s/Wallace Capel, Jr.
                WALLACE CAPEL, JR.
                UNITED STATES MAGISTRATE JUDGE