IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BERNARDO LEE TIGNOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09cv291-WHA |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

For good cause shown it is

ORDERED that on or before August 31, 2009, the United States shall file a supplemental response addressing the arguments presented in the Brief/Memorandum in support of the petitioner's 28 U.S.C. § 2255 motion filed by counsel for the petitioner on July 15, 2009 (Doc. No. 26).

Done this 16th day of July, 2009.

/s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE