IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BERNARDO LEE TIGNOR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 3:09cv291-WHA |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## FINAL JUDGMENT

In accordance with the Order entered in this case on this date, final judgment is entered in favor of the Petitioner, Bernardo Lee Tignor, and against the United States.

Costs taxed as paid.

Done this 7th day of October, 2011.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE